UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBIN SIMPSON,

    PLAINTIFF,

v.    CASE NO. 06-11077

LIBERTY LIFE ASSURANCE COMPANY    HONORABLE SEAN F. COX
OF BOSTON,

    DEFENDANT.
_____/

### **ORDER**

On June 28, 2007, Magistrate Judge Virginia M. Morgan issued a Report and Recommendation ("the R&R") [Docket Entry No. 18] recommending that the Court grant Defendant's Motion for Entry of Judgment, deny Plaintiff's cross-motion, and uphold the determination by the administrator. The R&R expressly advised that the parties that they may object to, and seek review of, the R&R but are required to do so within ten (10) days of service of a copy of the R&R. *See* 28 U.S.C. §636(b)(1) and E.D. Mich. L.R. 72.1(d)(2). To date, however, no objections to the R&R have been filed by either party. The Court shall therefore adopt the R&R in its entirety.

Accordingly, **IT IS ORDERED** that Defendant's Motion for Entry of Judgment is **GRANTED** and Plaintiff's cross-motion seeking entry of judgment in her favor is **DENIED**.

    **IT IS SO ORDERED.**

                                  S/Sean F. Cox
                                  Sean F. Cox
                                  United States District Judge

Dated: July 17, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 17, 2007, by electronic and/or ordinary mail.

        S/Jennifer Hernandez
        Case Manager